IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY ANNE GROSS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-81 (GMS) |
| v. | ) ) ) | |
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, and ASTRAZENECA LP, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca AB, Aktiebolaget Hassle, and AstraZeneca LP to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including April 13, 2006.

This extension is required because the parties have today filed a proposed Case Management Order covering this action and other related actions filed by end payors. The Case Management Order contemplates that these end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint. If the Case Management Order is approved by the Court, the defendants would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint.

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ J. Clayton Athey | /s/ Leslie A. Polizoti |
| Gary F. Traynor (#2131) | Jack B. Blumenfeld (#1014) |
| J. Clayton Athey (#4378) | Karen Jacobs Louden (#2881) |
| 1310 King Street | Leslie A. Polizoti (#4299) |
| P.O. Box 1328 | lpolizoti@mnat.com |
| Wilmington, Delaware 19899 | 1201 N. Market Street |
| (302) 888-6500 | P.O. Box 1347 |
| Attorneys for Plaintiffs | Wilmington, Delaware 19899 |
| | (302) 658-9200 |
| | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

508327

_____
Judge Gregory M. Sleet

CERTIFICATE OF SERVICE

I certify that on February 23, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to: J. Clayton Athey.

I further certify that I caused copies of the foregoing be served on the following counsel, by hand:

Pamela S. Tikellis
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
Wilmington DE 19801

Patrick F. Morris
MORRIS & MORRIS LLC
4001 Kennett Pike, Suite 300
Greenville DE 19807

J. Clayton Athey
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington DE 19081

Ralph N. Sianni
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 North Market Street, Suite 980
Wilmington DE 19801

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

508344