IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. AND MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,<br><br>Defendants. | C.A. No. 06-52 (GMS) |
| AMERICAN SALES COMPANY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA AB, AKTIEBOLAGET HASSLE, and ASTRAZENECA LP,<br><br>Defendants. | Case No. 06-63 (GMS) |
| MARK S. MERADO, on behalf of himself and all other persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,<br><br>Defendants. | C.A. No. 06-71(GMS) |

| | |
|---|---|
| NEIL LEFTON, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS LP, )<br>ASTRAZENECA LP, ASTRAZENECA AB, and )<br>AKTIEBOLAGET HASSLE, )<br>)<br>Defendants. ) | C.A. No. 06-73 (GMS) |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS LP, )<br>ASTRAZENECA LP, ASTRAZENECA AB, and )<br>AKTIEBOLAGET HASSLE, )<br>)<br>Defendants. ) | C.A. No. 06-79 (GMS) |
| MARY ANNE GROSS, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA AB, AKTIEBOLAGET HASSLE, and ASTRAZENECA LP, )<br>)<br>Defendants. ) | C.A. No. 06-81 (GMS) |

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 22 HEALTH & WELFARE FUND; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNSEL 47 HEALTH AND WELFARE FUND; and UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 1776 AND PARTICIPATION EMPLOYERS HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,<br><br>　　　　　　　　Defendants. | C.A. No. 06-83 (GMS) |
| A.F. OF L. AGC BUILDING TRADES WELFARE PLAN and SHEET METAL WORKERS LOCAL 441 HEALTH & WELFARE PLAN on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,<br><br>　　　　　　　　Defendants. | C.A. No. 06-86 (GMS) |

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, LOCAL NO. 74 HEALTH AND PENSION FUND and UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, LOCAL 203 HEALTH AND PENSION FUND, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>ASTRAZENECA AB, AKTIEBOLAGET HASSLE and ASTRAZENECA LP,<br><br>                Defendants. | C.A. No. 06-93 (GMS) |
| PLUMBERS AND PIPEFITTERS LOCAL 572 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE,<br><br>                Defendants. | C.A. No. 06-102 (GMS) |

| | |
|---|---|
| NATIONAL JOINT POWERS ALLIANCE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA AB, a Swedish Corporation, AKTIEBOLAGET HASSLE, a Swedish Corporation, ASTRAZENECA LP, a Delaware Limited Partnership, and ASTRAZENECA PHARMACEUTICALS, LP, a Delaware Limited partnership,<br><br>Defendants. | Case No. 06-116 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Douglas Richards, Michael M. Buchman and Ryan G. Kriger of the law firm of Milberg Weiss Bershad & Schulman LLP, One Pennsylvania Plaza, New York, New York, 10119 to represent plaintiffs A. F. of L. AGC Building Trades Welfare Plan and Sheet Metal Workers Local 441 Health & Welfare Plan in this matter.

Dated: March 7, 2006

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: _____
Seth D. Rigrodsky (DSBA No. 3147)
Ralph N. Sianni (DSBA No. 4151)
919 North Market Street, Suite 980
Wilmington, Delaware 19801
Telephone: (302) 984-0597
Facsimile: (302) 984-0870

-and-

Michael M. Buchman
J. Douglas Richards
Ryan G. Kriger

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of J. Douglas Richards, Michael M. Buchman and Ryan G. Kriger of the law firm of Milberg Weiss Bershad & Schulman LLP, One Pennsylvania Plaza, New York, New York, 10119 to represent plaintiffs A. F. of L. AGC Building Trades Welfare Plan and Sheet Metal Workers Local 441 Health & Welfare Plan in this matter is granted.


Date: _____, 2006            _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:   March 6, 2006

J. Douglas Richards
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 594-5300

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:   March 6, 2006

Michael M. Buchman
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 6, 2006

Ryan G. Kriger
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300

## CERTIFICATE OF SERVICE

I, Seth D. Rigrodsky, hereby certify that on March 7, 2006 I caused copies of the foregoing Motion and Order for Admission *Pro Hac Vice* and the Certifications of J. Douglas Richards, Michael M. Buchman, and Ryan G. Kriger be served on the following counsel by Hand Delivery or by U.S. Mail:

### VIA HAND DELIVERY

Jeffrey S. Goddess
Jessica Zeldin
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

Pamela S. Tikellis
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Karen L. Morris
Patrick F. Morris
Morris and Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, DE 19807

Gary F. Traynor
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

### VIA U.S. MAIL

Linda P. Nussbaum
Steig D. Olson
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street, 30th floor
New York, NY 10022

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Daniel Berger
Eric L. Cramer
Peter Kohn
Berger & Montague P.C.
1622 Locust Street
Philadelphia, PA 19103

Richard S. Schiffrin
Joseph H. Meltzer
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19807

Jeffrey S. Istvan
Fine, Kaplan and Black RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Seth D. Rigrodsky (DSBA #3147)